**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **AARON PRICE, individually** | § | |
| **and on behalf of all others similarly situated,** | § | |
| | § | **CIVIL ACTION NO.** |
| **Plaintiff,** | § | **3:13-CV-00113-P** |
| | § | |
| **v.** | § | |
| | § | |
| **DYNAMIC RECOVERY SOLUTIONS, LLC** | § | **CLASS ACTION** |
| | § | |
| **Defendants.** | § | |

<u>**NOTICE OF SETTLEMENT**</u>

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

      **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of Texas, Dallas Division, Plaintiff's Notice of Settlement as to Defendant. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter.

      This Court shall retain jurisdiction over this matter until fully resolved.


                Respectfully submitted,

                <u>/s/ Walt D. Roper</u>
                Walt D. Roper
                **THE ROPER FIRM, P.C.**
                State Bar No. 00786208
                3001 Knox Street
                Suite 405
                Dallas, Texas 75205
                214.420.4520
                214.856.8480 - Facsimile
                walt@roperfirm.com

**OF COUNSEL:**

John Howie, Jr.
**HOWIE LAW, P.C.**
State Bar No. 24027239
4040 N. Central Expressway
Suite 850
Dallas, TX 75204
214.622.6340
214.622.6341 - Facsimile
jhowie@howielaw.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on April 4, 2013, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Walt D. Roper

Walt D. Roper
